The order, insofar as appealed from, should be affirmed.

NOLAN, P. J., and MURPHY, J., concur with BELDOCK, J.; UGHETTA, J., dissents and votes to affirm the order, insofar as appealed from, in opinion, in which WENZEL, J., concurs.

Order, insofar as appealed from, reversed, on the law and the facts, without costs, writ sustained, and respondent directed to deliver the infant to appellant Moreno for delivery to the paternal grandparents. Findings of fact insofar as they may be inconsistent herewith are reversed and new findings are made as indicated herein. Settle order on notice.

In the Matter of JOSEPH MARRELL, an Attorney, Respondent. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Petitioner.

First Department, March 29, 1956.

*Herman J. McCarthy* of counsel (*McCarthy & McGrath,* attorneys), for respondent.

*Frank H. Gordon* for petitioner.

*Per Curiam.* Respondent was convicted after trial in the Court of General Sessions on two counts charging him with the crime of unlawfully soliciting retainers in accident cases (Penal Law, § 270-a). He was sentenced on each count to serve three months in the penitentiary and to pay a fine of $500. Execution of the penitentiary sentences was suspended upon payment of the fines. Respondent was admitted to practice in 1929, and apparently no other charges of unprofessional conduct have hitherto been made against him. In view of all of the circumstances of this case, respondent should be suspended from the practice of the law for a period of one year.

PECK, P. J., BREITEL, BOTEIN and RABIN, JJ., concur.

Respondent suspended.